# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 11-13871-JKF

ALBERT R JUMPER JR
ANGELA F JUMPER

103 TOWNSHIP ROAD
OXFORD, PA 19363

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALBERT R JUMPER JR
    ANGELA F JUMPER

    103 TOWNSHIP ROAD
    OXFORD, PA 19363

Counsel for debtor(s), by electronic notice only.

    JANIS M SMITH ESQ
    4203 W LINCOLN HIGHWAY

    PARKESBURG, PA 19365-

/S/ William C. Miller

Date: 9/29/2016

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee