United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 11-13871-jkf
Albert R Jumper, Jr                                                                       Chapter 13
Angela F Jumper
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Denine              Page 1 of 2              Date Rcvd: Feb 17, 2017
                            Form ID: 138NEW           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
```
db/jdb         +Albert R Jumper, Jr,    Angela F Jumper,    103 Township Road,    Oxford, PA 19363-1238
cr              ECMC,    P.O. Box 75906,    St. Paul, MN 55175
12428312       #+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
12569593       +Allied Waste Services,    PO Box 7044,    Lancaster Pa 17604-7044
12473250       +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12428318       +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
12524680        ECMC,    P.O. Box 75906,    Saint Paul, MN 55175
12536626       +JPMorgan Chase Bank, NA,    c/o Margaret Gairo, Esq.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
12535809        JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, PA 19109
12428323       +Lvnv Funding Llc,    1891 Santa Barbara Dr.,    Lancaster, PA 17601-4106
12428324       +Navy Federal Cr Union,    PO Box 3700,    Merrifield, VA 22119-3700
12475167       +Navy Federal Credit Union/GLELSI,    c/o Great Lakes Education Gauranty Corp.,    PO Box 7858,
                 Madison, WI 53707-7858
12428325       +Navycu/glhec,    2401 International,    Madison, WI 53704-3121
12550763        U.S. Dept of Education,    PO Box 740283,    Atlanta, GA 30374-0283
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:36:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:35:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:36
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:22
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12428314       +E-mail/Text: EBNProcessing@afni.com Feb 18 2017 02:36:19     Afni, Inc.,
                 Attn: Dp Recovery Support PO Box 3427,    Bloomington, IL 61702-3427
12428313       +E-mail/Text: EBNProcessing@afni.com Feb 18 2017 02:36:19     Afni, Inc.,    PO Box 3427,
                 Bloomington, IL 61702-3427
12466240       +E-mail/Text: EBNProcessing@afni.com Feb 18 2017 02:36:19     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
12428316       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 18 2017 02:36:07     Asset Acceptance,
                 PO Box 2036,    Warren, MI 48090-2036
12428319        E-mail/Text: DATA@COLLECTIONCENTERIND.COM Feb 18 2017 02:37:39     Collection Center,
                 2011 Miller Road,    Lancaster, PA 17604
12428320       +E-mail/Text: electronicbkydocs@nelnet.net Feb 18 2017 02:36:13     Dept Of Education/neln,
                 121 S 13Th St,    Lincoln, NE 68508-1904
12541841        E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:33     Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12925219        E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:33     Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
12428321       +E-mail/Text: bankruptcy@gulfcoastcollection.com Feb 18 2017 02:35:19     Gulf Coast Collection,
                 5630 Marquesas Cir,    Sarasota, FL 34233-3331
12753197        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 18 2017 02:36:29     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
12428322       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 18 2017 02:35:08     Kohls/chase,    PO Box 3115,
                 Milwaukee, WI 53201-3115
12934848        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:36     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
12441988        E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 18 2017 02:37:42     NAVY FEDERAL CREDIT UNION,
                 PO BOX 3000,    MERRIFIELD, VA 22119-3000
12428326       +E-mail/Text: bankruptcydepartment@tsico.com Feb 18 2017 02:37:33     Nco Fin /99,
                 PO Box 15636,    Wilmington, DE 19850-5636
12501244        E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:33
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Equable Ascent Financial, LLC,    c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN 56302-9617)
12428317*      +Asset Acceptance,    P.O. Box 2036,    Warren, MI 48090-2036
12455222*      +Asset Acceptance LLC,    Po Box 2036,    Warren MI 48090-2036
```

```
District/off: 0313-2          User: Denine              Page 2 of 2               Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 34
```

12428315      ##Apex Asset Management,    1891 Santa Barbara Dr. #204,    Lancaster, PA  17601-4106
                                                                                  TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JANIS M. SMITH    on behalf of Joint Debtor Angela F Jumper janissmithatty@gmail.com
              JANIS M. SMITH    on behalf of Debtor Albert R Jumper, Jr janissmithatty@gmail.com
              JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              MARGARET  GAIRO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               mcohen@mwc-law.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Albert R Jumper, Jr and Angela F
Jumper
        Debtor(s)                                    Bankruptcy No: 11−13871−jkf
                                                                           Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                      For The Court

                                                      Timothy B. McGrath
                                                      Clerk of Court

Dated: 2/17/17