Certificate Number: 16339-PAE-DE-028797239

Bankruptcy Case Number: 11-13871



16339-PAE-DE-028797239

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2017, at 9:39 o'clock PM EST, Albert R Jumper completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 21, 2017                    By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:   Certified Financial Counselor

Certificate Number: 16339-PAE-DE-028797238

Bankruptcy Case Number: 11-13871



16339-PAE-DE-028797238

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 21, 2017</u>, at <u>9:39</u> o'clock <u>PM EST</u>, <u>Angela F Jumper</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 21, 2017</u>          By:      <u>/s/Kelley Tipton</u>

                                        Name:  <u>Kelley Tipton</u>

                                        Title:   <u>Certified Financial Counselor</u>