JANIS M. SMITH, ESQUIRE
Attorney I. D. #37217
4203 West Lincoln Highway
Parkesburg, PA  19365
610-857-9401

---

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Albert R. Jumper, Jr. | |
| And Angela F. Jumper | : Case #11-13871-jkf |

PRAECIPE TO CHANGE CREDITOR'S ADDRESSES

Please change the Creditor's Addresses, effective immediately, as follows:

JP Morgan Chase Bank NA
2777 Lake Vista Drive
Lewisville, TX  75067

Allied Waste Services
400 River Road
Conshohocken, PA  19428

LVNV Funding, LLC
200 Meeting St., Ste. #206
Greenville, SC  29601

Date:  3/2/2017

_____
Janis M. Smith
Attorney for Debtors
Albert R. Jumper, Jr.
And Angela F. Jumper