Janis M. Smith, Esquire
Attorney I. D. #37217
428 West First Avenue, Suite C
Parkesburg, PA  19365
(610)857-9401

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :   BK. NO. 11-13871 JKF
ALBERT R. JUMPER, JR.
ANGELA F. JUMPER                    :   CHAPTER NO. 13
    Debtors

CERTIFICATE OF SERVICE

    I, Janis M. Smith, attorney for the debtors, Albert R. Jumper, Jr., and Angela F. Jumper, in the above-captioned matter, certify that a true and correct copy of the Notice, dated 2/17/2017, was sent to the following via US Postal Service, First Class Mail, on March 1, 2017, (a Praecipe to Change Creditors Addresses was filed 3/2/2017), to the following:

Allied Waste Services
400 River Road
Conshohocken, PA  19428

JP Morgan Chase Bank NA
2777 Lake Vista Drive
Lewisville, TX  75067

LVNV Funding, LLC
200 Meeting St., Ste. #206
Greenville, SC  29601

    I verify that the statements made in this Certificate of Service are true and correct. I understand that false statements made herein are made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

Date:  3/2/2017

                                                  Janis M. Smith
                                                  Attorney for Debtors
                                                  Albert R. Jumper, Jr.
                                                  And Angela F. Jumper

1