IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 11-13871 JKF |
| **ALBERT R. JUMPER, JR** | : | |
| **ANGELA F. JUMPER** | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** | : | |
| | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| **ALBERT R. JUMPER, JR** | : | |
| **ANGELA F. JUMPER** | : | |
| Respondents | : | |

### ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION

**AND NOW**, this 9th day of March, 2017, at **PHILADELPHIA**, upon Motion of **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

~~ORDERED that Rule 4001(a)(3) is not applicable and **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.~~

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

ANGELA F. JUMPER
103 TOWNSHIP ROAD
OXFORD, PA 19363

JANIS M. SMITH
4203 WEST LINCOLN HIGHWAY
PARKESBURG, PA 19365

ALBERT R. JUMPER, JR
103 TOWNSHIP ROAD
OXFORD, PA 19363

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107