United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-13871-jkf
Albert R Jumper, Jr                                            Chapter 13
Angela F Jumper
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Denine          Page 1 of 1              Date Rcvd: Mar 10, 2017
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
db/jdb       +Albert R Jumper, Jr,   Angela F Jumper,   103 Township Road,   Oxford, PA 19363-1238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JANIS M. SMITH    on behalf of Debtor Albert R Jumper, Jr janissmithatty@gmail.com
          JANIS M. SMITH    on behalf of Joint Debtor Angela F Jumper janissmithatty@gmail.com
          JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. paeb@fedphe.com
          MARGARET GAIRO    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ecfmail@mwc-law.com
          MARISA MYERS COHEN    on behalf of Creditor    JPMorgan Chase Bank, National Association
           mcohen@mwc-law.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 11-13871 JKF |
| **ALBERT R. JUMPER, JR** | : | |
| **ANGELA F. JUMPER** | : | |
| Debtors | : | **Chapter No. 13** |
| | : | |
| **JPMORGAN CHASE BANK, NATIONAL** | : | |
| **ASSOCIATION** | : | |
| Movant | : | **11 U.S.C. §362** |
| v. | : | |
| **ALBERT R. JUMPER, JR** | : | |
| **ANGELA F. JUMPER** | : | |
| Respondents | : | |

### ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION

**AND NOW**, this 9th day of March, 2017, at **PHILADELPHIA**, upon Motion of **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

~~**ORDERED** that Rule 4001(a)(3) is not applicable and **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.~~

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

ANGELA F. JUMPER
103 TOWNSHIP ROAD
OXFORD, PA 19363

JANIS M. SMITH
4203 WEST LINCOLN HIGHWAY
PARKESBURG, PA 19365

ALBERT R. JUMPER, JR
103 TOWNSHIP ROAD
OXFORD, PA 19363

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107