United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Albert R Jumper, Jr  
Angela F Jumper  
    Debtors

Case No. 11-13871-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 1     Date Rcvd: Mar 27, 2017  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.  
db/jdb         +Albert R Jumper, Jr,    Angela F Jumper,    103 Township Road,    Oxford, PA 19363-1238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JANIS M. SMITH    on behalf of Debtor Albert R Jumper, Jr janissmithatty@gmail.com  
         JANIS M. SMITH    on behalf of Joint Debtor Angela F Jumper janissmithatty@gmail.com  
         JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. paeb@fedphe.com  
         MARGARET GAIRO    on behalf of Creditor    JPMorgan Chase Bank, National Association ecfmail@mwc-law.com  
         MARISA MYERS COHEN    on behalf of Creditor    JPMorgan Chase Bank, National Association mcohen@mwc-law.com  
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                                                   TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                          : Chapter 13

Albert R Jumper, Jr and Angela F Jumper                 : Case No. 11–13871–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                                By The Court

                                                                Jean K. FitzSimon
                                                                Judge , United States Bankruptcy Court